IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00815-WYD-BNB

JOHN STAUFFER,

Plaintiff,

v.

KAREN E. HAYES, D.O.,
A WOMAN'S PLACE OF FORT COLLINS, PLLP,
PAM ROYS,
PETER DUSBABEK,
PETER DAUSTER,
TODD VRIESMAN,
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, LLP,
E. BRADFORD MARCH, III,
MARCH, OLIVE, & PHARRIS, LLP,
DANIEL J. KAUP, and
JOLENE C. BLAIR,

Defendants.
_____

**ORDER**
_____

This matter is before me on a paper filed by the plaintiff titled **Verified Amended Complaint** [Doc. #38] (the "Paper"). The Paper is not a complaint. It is a motion for extension of time to respond to the defendants' motions to dismiss, and it is identical to Doc. #37. Accordingly,

IT IS ORDERED that the Paper is STRICKEN as redundant.

Dated July 7, 2008.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge