IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00815-WYD-BNB

JOHN STAUFFER,

Plaintiff,

v.

KAREN E. HAYES, D.O.,
A WOMAN'S PLACE OF FORT COLLINS, PLLP,
PAM ROYS,
PETER DUSBABEK,
PETER DAUSTER,
TODD VRIESMAN,
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, LLP,
E. BRADFORD MARCH, III,
MARCH, OLIVE, & PHARRIS, LLP,
DANIEL J. KAUP, and
JOLENE C. BLAIR,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for 30 Day Stay in Proceedings** [docket no. 43, filed July 15, 2008] (the "Motion").

IT IS ORDERED that the Motion is DENIED.

DATED: July 22, 2008