IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00815-WYD-BNB

JOHN STAUFFER,

Plaintiff,

v.

KAREN E. HAYES, D.O.,
A WOMAN'S PLACE OF FORT COLLINS, PLLP,
PAM ROYS,
PETER DUSBABEK,
PETER DAUSTER,
TODD VRIESMAN,
MONTGOMERY, KOLODNY, AMATUZIO & DUSBABEK, LLP,
E. BRADFORD MARCH, III,
MARCH, OLIVE, & PHARRIS, LLP,
DANIEL J. KAUP, and
JOLENE C. BLAIR,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff Stauffer's Verified Response to Receiver March Forthwith Hearing Request** [Doc. #76] (the "Response"). The response is filled with irrelevant, impertinent, and profane statements.

IT IS ORDERED that the Response is STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing papers containing irrelevant, impertinent, and profane statements. Failure to comply with this order may result in sanctions, including dismissal of this case with prejudice.

Dated November 21, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge